UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-968-GW-KSx | Date | October 27, 2022 |
|---|---|---|---|
| Title | *Samuel Zapata, III v. Ford Motor Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement was filed on October 26, 2022. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court now sets an order to show re: settlement hearing for January 26, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 25, 2023.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |