GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant, FORD MOTOR COMPANY

QUILL & ARROW, LLP
10900 Wilshire Blvd., Ste 300
Los Angeles, CA 90024
Telephone: (310)933-4271
Facsimile: (310)889-0645
Attorney: Kevin Y. Jacobson, Esq., SBN: 320532

Attorneys for Plaintiff, SAMUEL ZAPATA, III

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ZAPATA III, an individual,<br><br>    Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive;<br><br>    Defendant. | Case No: CV 22-968-GW-KSx<br>Dist Judge George H. Wu<br>Mag Judge Karen L. Stevenson<br>Courtroom 9D<br><br>**ORDER** |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: June 26, 2023

_____
HON. GEORGE H. WU,
United States District Judge